**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHARLES FRANKLIN MURDOCH, Jr.,
       *Petitioner-Appellant,*

v.

ROY CASTRO, Warden; BILL
LOCKYER, Attorney General,
Attorney General of the State of
California,
       *Respondents-Appellees.*

No. 05-55665

D.C. No.
CV-99-06900-
RSWL

ORDER

Filed October 9, 2008

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

14565

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.